**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TANJI L. AUSTIN,

        **Plaintiff,**

-vs-                                          Case No. 6:08-cv-1752-Orl-31GJK

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint for review of the final decision of the Commissioner denying the Plaintiff's Social Security disability benefits (Doc. No. 1) filed October 9, 2008.

On February 2, 2010, the United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and that the case be remanded for further review. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is remanded back to the Social Security Administration pursuant to Sentence Four of Section 405(g) for further review.

3. The clerk is directed to enter judgment in favor of the Claimant, Tanji L. Austin, and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of February, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE